UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIRPRIANO MENDEZ-CONTRERAS,<br><br>　　　　Petitioner<br><br>　　v.<br><br>JOHN F. KELLY, et al.,<br><br>　　　　Respondents. | Case No. 5:17-cv-01780-FMO (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Dismissing Action Without Prejudice,

IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED: May 31, 2018

　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　FERNANDO M. OLGUIN
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE